McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  jonathan.carlson@mccormickbarstow.com
Frank A. Toddre, II
Nevada Bar No. 11474
  frank.toddre@mccormickbarstow.com
Julianne M. Ference
Nevada Bar No. 16164C
  julianne.ference@mccormickbarstow.com
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:   (702) 949-1101

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH JOHNSON,<br><br>             Plaintiff,<br><br>v.<br><br>GEICO CASUALTY COMPANY, GEICO ADVANTAGE INSURANCE COMPANY, and DOES 1 through 20,<br><br>             Defendants. | Case No. 2:21-cv-02191-ART-VCF<br>ORDER APPROVING<br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by the above named parties, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice and that all pending motions with the Court are withdrawn as moot.

/ / /

/ / /

/ / /

/ / /

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
337 West Sunset Road, Suite 350
Las Vegas, NV 89113

Case No. 2:21-cv-02191-ART-VCF
STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Re: <u>Kenneth Johnson v. GEICO</u>
Case No. 2:21-cv-02191-ART-VCF

Each party will bear their own costs and attorneys' fees.

Dated: June 30, 2022

BERNSTEIN & POISSON

By: _____
Scott L. Poisson, Esq.
Nevada Bar No. 10188
Amber N. King, Esq.
Nevada Bar No. 14070
Attorneys for Plaintiff

Dated: June 30th, 2022

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: _____/s/ Jonathan W. Carlson_____
Jonathan W. Carlson
Nevada Bar No. 10536
Frank A. Toddre, II
Nevada Bar No. 11474
Julianne M. Ference
Nevada Bar No. 16164C
Attorneys for Defendants

**IT IS SO ORDERED.**

Dated: July 1, 2022

_____
Anne R. Traum
United States District Judge

8475631.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
337 WEST SUNSET ROAD, SUITE 350
LAS VEGAS, NV 89113

2

Case No. 2:21-cv-02191-ART-VCF
STIPULATION AND ORDER TO DISMISS WITH PREJUDICE